UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
(LAKE CHARLES DIVISION)

| | | |
|---|---|---|
| THE PARISH OF CAMERON, | * | CIVIL ACTION NO. 2:18-CV-00688 |
| Plaintiff, | * | JUDGE ROBERT R. SUMMERHAYS |
| versus | * | MAGISTRATE JUDGE KATHLEEN KAY |
| APACHE CORPORATION (OF DELAWARE), et al., | * | |
| Defendants. | | |

### ORDER

Considering Defendants' Request for Oral Argument on Motion for Reconsideration Pursuant to Federal Rule of Civil Procedure 59, IT IS HEREBY ORDERED that the request of Defendants Shell Oil Company, SWEPI LP, BP America Production Company, and Chevron U.S.A., Inc. is GRANTED. Oral argument on this motion will be held on April 21, 2023 at 10:00 a.m. in Courtroom 3 in Lafayette, Louisiana.

So ordered, adjudged, and decreed this 22nd day of February, 2023

_____
JUDGE ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT COURT