# United States Court of Appeals for the Fifth Circuit

No. 23-30294

United States Court of Appeals
Fifth Circuit
**FILED**
May 22, 2026
Lyle W. Cayce
Clerk

PLAQUEMINES PARISH,

*Plaintiff—Appellee*,

LOUISIANA STATE; LOUISIANA DEPARTMENT OF NATURAL RESOURCES, *Office of Coastal Management, Thomas F. Harris, Secretary*,

*Intervenors—Appellees*,

*versus*

BP AMERICA PRODUCTION COMPANY, *As Successor in Interest to* AMOCO PRODUCTION *Company*; BURLINGTON RESOURCES OIL & GAS COMPANY, L.P.; CHEVRON USA, INCORPORATED, *As Successor in Interest to* CHEVRON OIL *Company*, THE CALIFORNIA *Company* and GULF OIL *Company*; EXXON MOBIL CORPORATION, *As Successor in Interest to* THE SUPERIOR OIL *Company*; SHELL OFFSHORE, INCORPORATED; SHELL OIL COMPANY; CHEVRON U.S.A. HOLDINGS, INCORPORATED, *As Successor in Interest to* TEXACO E&P INCORPORATED. and TEXACO INCORPORATED; TEXAS COMPANY; CHEVRON PIPE LINE COMPANY, *As Successor in Interest to* GULF REFINING *Company*,

*Defendants—Appellants*,

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-5256

No. 23-30294
c/w No. 23-30422

# JUDGMENT

Before DAVIS, ENGELHARDT, and OLDHAM, *Circuit Judges*.

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the cause is REMANDED to the respective District Courts for further proceedings consistent with the Supreme Court's opinion.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(b). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.

**Certified as a true copy and issued as the mandate on Jun 12, 2026**

**Attest:**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
May 22, 2026

Lyle W. Cayce
Clerk

---

No. 23-30294

---

Plaquemines Parish,

*Plaintiff—Appellee*,

Louisiana State; Louisiana Department of Natural Resources, *Office of Coastal Management, Thomas F. Harris, Secretary*,

*Intervenors—Appellees*,

*versus*

BP America Production Company, As *Successor in Interest to* Amoco Production Company; Burlington Resources Oil & Gas Company, L.P.; Chevron USA, Incorporated, As *Successor in Interest to* Chevron Oil Company, The California Company and Gulf Oil Corporation; Exxon Mobil Corporation, As *Successor in Interest to* The Superior Oil Company; Shell Offshore, Incorporated; Shell Oil Company; Chevron U.S.A. Holdings, Incorporated, As *Successor in Interest to* Texaco E&P Incorporated. and Texaco Incorporated; Texas Company; Chevron Pipe Line Company, As *Successor in Interest to* Gulf Refining Company,

*Defendants—Appellants*,

consolidated with

---

No. 23-30422

---

PARISH OF CAMERON,

*Plaintiff—Appellee*,

STATE OF LOUISIANA, *ex rel*, *on behalf of* JEFF LANDRY; STATE OF LOUISIANA, *on behalf of Louisiana Department of Natural Resources, on behalf of Office of Coastal Management, on behalf of Thomas F. Harris*,

*Intervenor Plaintiffs—Appellees*,

*versus*

BP AMERICA PRODUCTION COMPANY; CHEVRON U.S.A. INCORPORATED, OWN CAPACITY & *as successor in interest, on behalf of* CALIFORNIA COMPANY; SHELL OIL COMPANY; SWEPI, L.P.,

*Defendants—Appellants*.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC Nos. 2:18-CV-5256, 2:18-CV-688

---

ON REMAND FROM
THE SUPREME COURT OF THE UNITED STATES

Before DAVIS, ENGELHARDT, and OLDHAM, *Circuit Judges*.

PER CURIAM:

This case is before us on remand from the Supreme Court. The Supreme Court vacated the judgment of our court, having concluded Chevron plausibly alleged its case satisfied the "relating to" requirement in the federal officer removal statute, 28 U.S.C. § 1442(a)(1). *Chevron USA Inc. v. Plaquemines Par.*, 608 U.S. ----, 146 S. Ct. 1052, 1061, 1063 (2026). In turn,

we REMAND the cases to the respective district courts for proceedings consistent with the Supreme Court's opinion.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 12, 2026

Mr. Daniel J. McCoy
Western District of Louisiana, Shreveport
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

No. 23-30294 Plaquemines Parish v. BP America Prod
USDC No. 2:18-CV-5256
USDC No. 2:18-CV-688

Dear Mr. McCoy, Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court’s opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: Rebecca L. Leto
Rebecca L. Leto, Deputy Clerk
504-310-7703

cc: Mr. George Arceneaux III
Ms. Kelly Brechtel Becker
Mr. James Blake Canfield
Mr. Donald T. Carmouche
Ms. Jennifer Jo Clark
Mr. Paul D. Clement
Mr. Joseph DeMott
Mrs. Tristan Layle Duncan
Mr. David Charles Frederick
Mr. Andre’ Collins Gaudin
Mr. Russell Keith Jarrett
Mr. William M. Jay
Mr. Peter D. Keisler

Mr. Andrew Kim
Mrs. Deborah DeRoche Kuchler
Ms. Jennifer Kwapisz
Mr. Victor L. Marcello
Mr. Eric Julian Mayer
Mr. Robert Beattie McNeal
Mr. Jason T. Morgan
Mr. David Alexander Peterson
Mr. William Christopher Pooser
Mr. Donald Wayne Price
Mr. C. Harker Rhodes IV
Mr. Daniel Brandon Rogers
Mr. Ryan Michael Seidemann
Mr. Daniel Severson
Mr. Cary Silverman
Mr. Michael A. Tilghman II
Mr. Andrew R. Varcoe
Ms. Alexandra Giselle White